# MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Dowlut_____ JAD

Case Number: __17-70878__

Date of Meeting: __3__/__16__/__18__    Recording # __02__

Debtor(s) present __✓__ or Not Present ___ (___No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __Cohen_____ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __1/5/18__ Applicable commitment period ___3 yrs __✓__ 5 yrs

100% plan

Fidler — Enterprise Bank
O'Donnell — Northwest Bank

Motion to retain realtor to be filed.

Need copies of insurance decs.
Pmts made by D's husband.

Plan largely based on sale of acreage.
Motion to dismiss & motion for relief pending
Need Bus case & copy of reports.
Creditors requesting
Contested hrg.

___ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD

___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due:_____; Objections due:_____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__X__ Continued to:
___ 341 Meeting, OR ___ Conciliation Conf. OR __X__*Contested Hearing
On __4/16/18__ at __10:00__ am/pm Location __Judge Deller Johnstown Courtroom__

__Jana Paul__
Chapter 13 Trustee/Attorney for Trustee