UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** BIBI FATHEMA DOWLUT
**Case Number:** 17-70878-JAD    **Chapter:** 13

**Date / Time / Room:** FRIDAY, APRIL 06, 2018 10:00 AM   COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Motion To Dismiss Case Filed by Northwest Bank, f/k/a Northwest Savings Bank
- Response filed by Debtor on 3/9/18 at Doc. # 48
R / M #:  35 / 0

## Appearances:

TRUSTEE: WINNECOUR / KATZ / PAIL
DEBTOR(S): Shawn B. Cohen, Esq.
CREDITOR: Beverly Weiss Manne, Esq.

## Proceedings:

__X__ Motion is GRANTED   / / DENIED / /
____ Special Type Of Order:
____ CONTINUE MATTER:
    ____ For At Least ____ Days (Court To Issue Scheduling Order)
    ____ To Hearing Date Of _____ at ____ AM/PM at _____
    ____ To Conciliation Conference For _____ at _____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
    ____ Evidentiary Hearing On Value And Cram-Down Interest
    ____ Complex / Pretrial Order - NONJURY / JURY
    ____ Simple / Pretrial Order - NONJURY / JURY
    ____ Parties To Undertake Discovery - Discovery Period: ____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:

- modified o/e 4/6/2018 dismissing case without prejudice

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
4/6/18 1:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA