IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| BIBI FATHEMA DOWLUT, | : | Bankruptcy No. **17-70878JAD** |
| | : | |
| | : | Doc. No. **35** |
| | : | |
| | : | |
| **Debtor(s)** | : | Chapter 13 |
| | : | |

FILED
4/6/18 3:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER DISMISSING CASE WITHOUT PREJUDICE
AND TERMINATING INCOME ATTACHMENT**

**AND NOW,** this **6th** day of **April**, **2018, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

_____ jsf
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

cm:       **All Creditors And All Parties In Interest**

00020731

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania

In re:                                                          Case No. 17-70878-JAD
Bibi Fathema Dowlut                                             Chapter 13
      Debtor                    CERTIFICATE OF NOTICE
District/off: 0315-7         User: mgut              Page 1 of 2              Date Rcvd: Apr 06, 2018
                             Form ID: pdf900         Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2018.
db            +Bibi Fathema Dowlut,    365 Oak Knoll Road,    Hollidaysburg, PA 16648-2613
cr             Enterprise Bank,    4091 Mount Royal Boulevard,    Allison Park, PA  15101-2917
cr            +NORTHWEST BANK,    Tucker Arensberg, P.C.,    c/o Beverly Weiss Manne, Esq.,   1500 One PPG Place,
                Pittsburgh, Pa 15222-5413
cr            +Stearns Bank N.A.,    c/o Jordanne Kissner,    Document Compliance Supervisor,
                4191 2nd Street South,    St. Cloud, MN 56301-3761
14744240      +AMEX,   CORRESPONDENCE,    PO BOX 981540,    EL PASO, TX 79998-1540
14766778       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
14768517       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
14744241     #+BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
14744242      +BARCLAYS BANK DELAWARE,    100 S WEST ST,    WILMINGTON, DE 19801-5015
14773551      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14765492       Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,   Buffalo, NY 14240-0840
14767873      +Blair County Tax Claim Bureau,    423 Allegheny Street, Suite 143,
                Hollidaysburg, PA 16648-2047
14744243      +CAPITAL ONE,   ATTN: GENERAL CORRESPONDENCE/BANKRUPTCY,     PO BOX 30285,
                SALT LAKE CITY, UT 84130-0285
14744245      +CHASE CARD SERVICES,    ATTN: CORRESPONDENCE,    PO BOX 15278,   WILMINGTON, DE 19850-5278
14744246      +CHASE MORTGAGE,    3415 VISION DR,    COLUMBUS, OH 43219-6009
14744247      +CHASE MTG,    PO BOX 24696,    COLUMBUS, OH 43224-0696
14744248      +CITIBANK/THE HOME DEPOT,    CITICORP CR SRVS/CENTRALIZED BANKRUPTCY,    PO BOX 790040,
                ST LOUIS, MO 63179-0040
14744249      +CITICARDS CBNA,    CITICORP CREDIT SVC/CENTRALIZED BANKRUPT,   PO BOX 790040,
                SAINT LOUIS, MO 63179-0040
14744250      +CITIZENS BANK,    1 CITIZENS DR,    RIVERSIDE, RI 02915-3000
14770376       Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
                Kirkland, WA  98083-0657
14745334      +Enterprise Bank,    c/o Joseph A. Fidler, Esq.,    4091 Mt. Royal Blvd.,
                Allison Park, PA 15101-2917
14744253      +FIRST NATIONAL BANK,    1 FNB BLVD,    HERMITAGE, PA 16148-3363
14766615      +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                444 Liberty Avenue,    Pittsburgh, PA 15222-1225
14744255      +MANUFACTURES & TRADE,    ONE FOUNTAIN PL/3RD FL,    BUFFALO, NY 14203-1420
14744256      +METLIFE HOME LOAN,    334 MADISON AVE,    CONVENT STATION, NJ 07960-6914
14744257      +MMCA/C1,   PO BOX 991817,    MOBILE, AL 36691-8817
14762472      +Northwest Bank,    PO Box 337,    Warren PA 16365-0337
14757098      +Northwest Bank,    Attn Angela Abreu,    100 Liberty Street,   P.O. Box 128,
                Warren, PA 16365-0128
14787117      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                Pittsburgh, PA 15233-1828
14744258      +RBS CITIZENS CC,    1 CITIZENS DR,    MS: ROP 15B,    RIVERSIDE, RI 02915-3019
14780822      +Stearns Bank N.A.,    4191 2nd Street South,    St. Cloud, MN 56301-3761
14744264      +VISA DEPT STORE NATIONAL BANK/MACY’S,    ATTN: BANKRUPTCY,    PO BOX 8053,   MASON, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14744239      +E-mail/Text: tdell@altoonabank.com Apr 07 2018 01:13:32      ALTOONA FIRST SAVINGS,
                203 N LOGAN BLVD,    ALTOONA, PA 16602-1726
14765325      +E-mail/Text: tdell@altoonabank.com Apr 07 2018 01:13:32      Altoona First Savings Bank,
                203 N. Logan Blvd.,    Altoona, PA 16602-1726
14744244      +E-mail/Text: bk.notifications@jpmchase.com Apr 07 2018 01:13:33      CHASE AUTO FINANCE,
                NATIONAL BANKRUPTCY DEPT,    201 N CENTRAL AVE MS AZ1-1191,    PHOENIX, AZ 85004-1071
14744251      +E-mail/Text: mrdiscen@discover.com Apr 07 2018 01:13:24      DISCOVER FINANCIAL,   PO BOX 3025,
                NEW ALBANY, OH 43054-3025
14777684       E-mail/Text: jennifer.chacon@spservicing.com Apr 07 2018 01:14:36
                Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                Salt Lake City, UT 84165-0250
14753960       E-mail/Text: mrdiscen@discover.com Apr 07 2018 01:13:24      Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
14744252      +E-mail/Text: bankruptcynotice@fcbanking.com Apr 07 2018 01:13:26      FIRST COMMONWEALTH BANK,
                601 PHILADELPHIA ST,    INDIANA, PA 15701-3952
14744254       E-mail/Text: camanagement@mtb.com Apr 07 2018 01:13:32      M & T BANK,   PO BOX 844,
                BUFFALO, NY 14240
14745464      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 07 2018 01:15:11
                PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14754572       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 07 2018 01:13:39
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.  17128-0946
14775868       E-mail/Text: bnc-quantum@quantum3group.com Apr 07 2018 01:13:34
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
14744259      +E-mail/Text: jennifer.chacon@spservicing.com Apr 07 2018 01:14:36
                SELECT PORTFOLIO SERVICING, INC,    PO BOX 65250,   SALT LAKE CITY, UT 84165-0250
14744260      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2018 01:15:10      SYNCHRONY BANK/ JC PENNEY,
                ATTN: BANKRUPTCY,    PO BOX 965060,   ORLANDO, FL 32896-5060
```

```
District/off: 0315-7          User: mgut                Page 2 of 2                  Date Rcvd: Apr 06, 2018
                              Form ID: pdf900          Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14744261       +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2018 01:14:58      SYNCHRONY BANK/ JC PENNEYS,
                 ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
14744262       +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2018 01:14:58      SYNCHRONY BANK/AMAZON,
                 ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
14744263       +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2018 01:14:58      SYNCHRONY BANK/SAMS,
                 ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
14778054       +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2018 01:14:58      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                             TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
cr              M&T Bank
cr              Select Portfolio Servicing, Inc.
cr*            +Altoona First Savings Bank,   203 N. Logan Boulevard,    Altoona, PA 16602-1726
cr*            +First Commonwealth Bank,   c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,   Pittsburgh, PA 15222-1225
cr*            +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14780477*      +Select Portfolio Servicing, Inc.,   P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                 TOTALS: 3, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2018 at the address(es) listed below:
```
              Beverly Weiss Manne    on behalf of Creditor    NORTHWEST BANK bmanne@tuckerlaw.com,
               bewmanne@aol.com
              James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2005-1, Asset-Backed Certificates,
               Series 2005-1 bkgroup@kmllawgroup.com
              Jeffrey A. Muriceak    on behalf of Creditor    Altoona First Savings Bank jmuriceak@eveyblack.com,
               choover@eveyblack.com
              Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Shawn B. Cohen    on behalf of Debtor Bibi Fathema Dowlut shawn@attyshawncohen.com,
               notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gm
               ail.com
              Sloane B. O'Donnell    on behalf of Creditor    NORTHWEST BANK sodonnell@tuckerlaw.com
                                                                                             TOTAL: 12
```