UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

*Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | BIBI FATHEMA DOWLUT |
| **Case Number:** | 17-70878-JAD       **Chapter:** 13 |
| **Date / Time / Room:** | FRIDAY, APRIL 06, 2018 10:00 AM   COURTROOM B |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | JEFF FURIS |
| **Reporter / ECR:** | N/A |

*Matter:*

Contested Hearing on Confirmation of Debtor's Chapter 13 Plan Dated 1/5/2018
- Objection filed by Enterprise Bank on 2/16/18 at Doc. # 33
- Objection filed by Northwest Savings Bank on 2/20/2018 at Doc. # 34
- Objection filed by Select Portfolio et al on 3/1/2018 at Doc. # 42
- Objection filed by M&T Bank on 3/8/18 at Doc. # 47
- 341 Minutes filed on 3/22/18 at Doc. # 49- Continued To Contested
- Objection filed by M&T Bank on 3/2918 at Doc. # 54
R / M #:  23 / 0

*Appearances:*

TRUSTEE: WINNECOUR / KATZ / PAIL   /O. [illegible signature]
DEBTOR(S): Shawn B. Cohen, Esq.
CREDITOR: Joseph A. Fiddler, Esq. for Enterprise Bank
CREDITOR: Beverly Weiss Manne, Esq. for Northwest Savings
CREDITOR: Matthew C. Waldt, Esq. for Select Portfolio   /Richalk
CREDITOR: James c. Warmbrodt, Esq. for M&T Bank   /Eben

*Proceedings:*

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
  ___ For At Least ___ Days (Court To Issue Scheduling Order)
  ___ To Hearing Date Of _____ at _____ AM/PM at
  _____
  ___ To Conciliation Conference For _____ at
  _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
  ___ Evidentiary Hearing On Value And Cram-Down Interest
  ___ Complex / Pretrial Order - NONJURY / JURY
  ___ Simple / Pretrial Order - NONJURY / JURY
  ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

\* Order
Confirmation of Plan is denied as Moot

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

April 6, 2018

jsf

FILED
4/6/18 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-70878-JAD
Bibi Fathema Dowlut                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: mgut              Page 1 of 1          Date Rcvd: Apr 06, 2018
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.
db             +Bibi Fathema Dowlut,    365 Oak Knoll Road,    Hollidaysburg, PA 16648-2613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2018 at the address(es) listed below:
              Beverly Weiss Manne    on behalf of Creditor    NORTHWEST BANK bmanne@tuckerlaw.com,
               bewmanne@aol.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2005-1, Asset-Backed Certificates,
               Series 2005-1 bkgroup@kmllawgroup.com
              Jeffrey A. Muriceak    on behalf of Creditor    Altoona First Savings Bank jmuriceak@eveyblack.com,
               choover@eveyblack.com
              Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Shawn B. Cohen    on behalf of Debtor Bibi Fathema Dowlut shawn@attyshawncohen.com,
               notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gm
               ail.com
              Sloane B. O'Donnell    on behalf of Creditor    NORTHWEST BANK sodonnell@tuckerlaw.com
                                                                                               TOTAL: 12