# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### *Conciliation Conference:*

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | BIBI FATHEMA DOWLUT | | |
| **Case Number:** | 17-70878-JAD | **Chapter:** | 13 |
| **Date / Time / Room:** | FRIDAY, APRIL 06, 2018 10:00 AM   COURTROOM B | | |
| **Bankruptcy Judge:** | JEFFERY A. DELLER | | |
| **Courtroom Clerk:** | JEFF FURIS | | |
| **Reporter / ECR:** | N/A | | |

### *Matter:*

Motion For Relief From The Automatic Stay Filed by Enterprise Bank
- Response Filed by Debtor on 3/5/2018 at Doc. # 46
R / M #:  30 / 0

### *Appearances:*

TRUSTEE: WINNECOUR / KATZ / PAIL
DEBTOR(S): Shawn B. Cohen, Esq.
CREDITOR: Joseph A. Fidler, Esq.

### *Proceedings:*

____ Motion is GRANTED  /  DENIED
____ Special Type Of Order:
____ CONTINUE MATTER:
   ____ For At Least ____ Days (Court To Issue Scheduling Order)
   ____ To Hearing Date Of _____ at _____ AM/PM at _____
   ____ To Conciliation Conference For _____ at _____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
   ____ Evidentiary Hearing On Value And Cram-Down Interest
   ____ Complex / Pretrial Order - NONJURY  /  JURY
   ____ Simple / Pretrial Order - NONJURY  /  JURY
   ____ Parties To Undertake Discovery - Discovery Period: _____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:

FILED
4/6/18 1:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Order

Moiton is denied as moot as case was dismissed.

April 6, 2018
jsf   JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70878-JAD
Bibi Fathema Dowlut                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: mgut              Page 1 of 1              Date Rcvd: Apr 06, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.
db             +Bibi Fathema Dowlut,    365 Oak Knoll Road,    Hollidaysburg, PA 16648-2613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:
      Beverly Weiss Manne    on behalf of Creditor    NORTHWEST BANK bmanne@tuckerlaw.com, bewmanne@aol.com
      James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
      James   Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-1, Asset-Backed Certificates, Series 2005-1 bkgroup@kmllawgroup.com
      Jeffrey A. Muriceak    on behalf of Creditor    Altoona First Savings Bank jmuriceak@eveyblack.com, choover@eveyblack.com
      Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
      Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      Shawn B. Cohen    on behalf of Debtor Bibi Fathema Dowlut shawn@attyshawncohen.com, notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gmail.com
      Sloane B. O'Donnell    on behalf of Creditor    NORTHWEST BANK sodonnell@tuckerlaw.com
                                                                                                        TOTAL: 12