**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BIBI FATHEMA DOWLUT<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-70878 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/13/2017 and confirmed on 01/01/1900. The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 23,000.00 |
| Less Refunds to Debtor | 21,994.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,006.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 1,006.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,006.00 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| CENLAR FSB** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CENLAR FSB** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CENLAR FSB** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2526 | | | | |
| M & T BANK | 118,968.89 | 0.00 | 0.00 | 0.00 |
| Acct: 3893 | | | | |
| NORTHWEST BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6394 | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - T | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4757 | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - T | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3965 | | | | |
| STEARNS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NORTHWEST BANK* | 40,284.10 | 0.00 | 0.00 | 0.00 |
|     Acct: 6394 | | | | |
|   M & T BANK | 41,312.95 | 0.00 | 0.00 | 0.00 |
|     Acct: 2526 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - T | 2,530.35 | 0.00 | 0.00 | 0.00 |
|     Acct: 4757 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - T | 1,989.28 | 0.00 | 0.00 | 0.00 |
|     Acct: 3956 | | | | |
|   BLAIR COUNTY TAX CLM BUREAU* | 1,628.11 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX0000 | | | | |
|   BLAIR COUNTY TAX CLM BUREAU* | 1,077.02 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX0000 | | | | |
|   BLAIR COUNTY TAX CLM BUREAU* | 342.22 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX0000 | | | | |
|   BLAIR COUNTY TAX CLM BUREAU* | 17,292.40 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX0000 | | | | |
|   BLAIR COUNTY TAX CLM BUREAU* | 1,237.08 | 0.00 | 0.00 | 0.00 |
|     Acct: 4B21 | | | | |
|   BLAIR COUNTY TAX CLM BUREAU* | 1,502.41 | 0.00 | 0.00 | 0.00 |
|     Acct: 4B22 | | | | |
|   BLAIR COUNTY TAX CLM BUREAU* | 1,341.22 | 0.00 | 0.00 | 0.00 |
|     Acct: 4B23 | | | | |
|   BLAIR COUNTY TAX CLM BUREAU* | 1,395.45 | 0.00 | 0.00 | 0.00 |
|     Acct: 4B24 | | | | |
|   BLAIR COUNTY TAX CLM BUREAU* | 7,952.16 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX1000 | | | | |
|   BLAIR COUNTY TAX CLM BUREAU* | 11,702.76 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX0000 | | | | |
|   BLAIR COUNTY TAX CLM BUREAU* | 885.20 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX0000 | | | | |
|   BLAIR COUNTY TAX CLM BUREAU* | 198.98 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX0000 | | | | |
|   ALTOONA FIRST SVNGS BANK/FRMR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2302 | | | | |
|   ENTERPRISE BANK | 263,087.02 | 0.00 | 0.00 | 0.00 |
|     Acct: 4129 | | | | |
|   FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8898 | | | | |
|   MMCA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1233 | | | | |
|   NORTHWEST BANK* | 589,776.49 | 0.00 | 0.00 | 0.00 |
|     Acct: 7592 | | | | |
|   NORTHWEST BANK* | 74,989.49 | 0.00 | 0.00 | 0.00 |
|     Acct: 8764 | | | | |
|   NORTHWEST BANK* | 123,140.25 | 0.00 | 0.00 | 0.00 |
|     Acct: 2506 | | | | |
|   NORTHWEST BANK* | 55,496.30 | 0.00 | 0.00 | 0.00 |
|     Acct: 7592 | | | | |
|   NORTHWEST BANK* | 5,658.32 | 0.00 | 0.00 | 0.00 |
|     Acct: 8764 | | | | |
|   NORTHWEST BANK* | 15,387.96 | 0.00 | 0.00 | 0.00 |
|     Acct: 2506 | | | | |
|   ENTERPRISE BANK | 31,041.99 | 0.00 | 0.00 | 0.00 |
|     Acct: 4129 | | | | |

* * * N O N E * * *

| | | | | |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   SHAWN B COHEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| BIBI FATHEMA DOWLUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COHEN LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 1,710.48 | 0.00 | 0.00 | 0.00 |
| Acct: 3321 | | | | |
| BIBI FATHEMA DOWLUT | 21,994.00 | 21,994.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS BANK FSB | 1,503.08 | 0.00 | 0.00 | 0.00 |
| Acct: 1007 | | | | |
| AMERICAN EXPRESS BANK FSB | 1,274.35 | 0.00 | 0.00 | 0.00 |
| Acct: 1006 | | | | |
| AMERICAN EXPRESS CENTURION BNK | 2,902.52 | 0.00 | 0.00 | 0.00 |
| Acct: 1004 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5613 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5887 | | | | |
| BANK OF AMERICA NA** | 17,073.49 | 0.00 | 0.00 | 0.00 |
| Acct: 5232 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1294 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9908 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8121 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2356 | | | | |
| CHASE AUTO FINANCE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1807 | | | | |
| CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4453 | | | | |
| CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8393 | | | | |
| CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7852 | | | | |
| CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7249 | | | | |
| CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3861 | | | | |
| CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6051 | | | | |
| CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4872 | | | | |
| CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0404 | | | | |
| CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0016 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8545 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2818 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0186 | | | | |
| CITIZENS BANK NA(*) | 5,384.92 | 0.00 | 0.00 | 0.00 |
| Acct: 8859 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4545 | | | | |
| | DISCOVER BANK(*) | 10,833.37 | 0.00 | 0.00 | 0.00 |
| | Acct: 1010 | | | | |
| | FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1108 | | | | |
| | M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7373 | | | | |
| | MANUFACTURERS & TRADERS TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4998 | | | | |
| | METLIFE HOME LOANS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1442 | | | | |
| | RBS CITIZENS NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8859 | | | | |
| | SYNCHRONY BANK | 5,297.51 | 0.00 | 0.00 | 0.00 |
| | Acct: 4373 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9891 | | | | |
| | JOSEPH A FIDLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY A MURICEAK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BEVERLY WEISS MANNE, ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRESTON D JAQUISH ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STEARNS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5152 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 905.41 | 0.00 | 0.00 | 0.00 |
| | Acct: 9891 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3233 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4030 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 868.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 9554 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/N | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6721 | | | | |
| | MOHAMMAD DOWLUT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 402.58 | 0.00 | 0.00 | 0.00 |
| | Acct: 3321 | | | | |
| | STEARNS BANK | 302,382.37 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 183.86 | 0.00 | 0.00 | 0.00 |
| | Acct: 7215 | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 0.00 |
| TOTAL CLAIMED | | |
| PRIORITY | 1,710.48 | |
| SECURED | 1,410,218.40 | |
| UNSECURED | 349,011.86 | |

Date: 05/21/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com